# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LAWRENCE BARRA,<br><br>Plaintiff,<br><br>v.<br><br>BOUDREAUX, *et al.*,<br><br>Defendants. | Case No.  1:24-cv-00966-BAM (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 45 DAYS<br><br>**FORTY-FIVE (45) DAY DEADLINE** |

Plaintiff Anthony Lawrence Barra ("Plaintiff") is a state prisoner and former county jail inmate proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.  This case was initiated on August 19, 2024.  (ECF No. 1.)  Plaintiff has not paid the $405.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within **forty-five (45) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, with a certified copy of his inmate trust account statement, or in the alternative, pay the $405.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause.  Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: __August 19, 2024__            /s/ *Barbara A. McAuliffe*_
                          UNITED STATES MAGISTRATE JUDGE

1