Plaintiff's Name ANTHONY BARRA
CDCR Inmate No. BX1356
Address MULE CREEK STATE PRISON
IONE CA, 409020

FILED
JAN 31 2025
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY BARRA
(Name of Plaintiff)

1:24-CV-00966-BAM(PC)
(Case Number)

vs.

CHAPLIN MAY,
SGT. WEST (DEPUTY SGT)

AMENDED CIVIL RIGHTS COMPLAINT UNDER:

☒ 42 U.S.C. 1983 (State Prisoner)

☐ Bivens Action [403 U.S. 388 (1971)] (Federal Prisoner)

RECEIVED
JAN 31 2025
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

(Names of all Defendants)

**I. Previous Lawsuits** (list all other previous or pending lawsuits on additional page):

A. Have you brought any other lawsuits while a prisoner? Yes **X** No____

B. If your answer to A is yes, how many? **1**

Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

  1. Parties to this previous lawsuit:

    Plaintiff ANTHONY BARRA

    Defendants TULARE COUNTY SHERIFFS OFFICE

  2. Court (if Federal Court, give name of District; if State Court, give name of County)
    TULARE COUNTY

  3. Docket Number 1:24-CV-00966-BAM(PC)    4. Assigned Judge BARBARA A. MCAULIFFE

  5. Disposition (Was the case dismissed? Appealed? Is it still pending?)
    I DISMISSED THE SUITE

6. Filing Date (approx.) 5/24/24  7. Disposition Date (approx.) 8/24/24

## II. Exhaustion of Administrative Remedies

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002). If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes __X__  No _____

B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes __X__  No _____

C. Is the process completed?

Yes __X__   If your answer is yes, briefly explain what happened at each level.

THEY DENIED ME AT EVERY LEVEL
_____
_____
_____
_____

No _____  If your answer is no, explain why not.

_____
_____
_____
_____

## III. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below. If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A. Name CHAPLIN MAY is employed as CHAPLIN
Current Address/Place of Employment BOB WILEYS DETENTION FACILITY

B. Name SGT. WEST is employed as SERGEANT (DEPUTY)

Current Address/Place of Employment BOB WILEYS DETENTION FACILITY

C. Name _____ is employed as _____

Current Address/Place of Employment _____

D. Name _____ is employed as _____

Current Address/Place of Employment _____

E. Name _____ is employed as _____

Current Address/Place of Employment _____

**IV. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

**Claim 1:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

MY FREEDOM TO PERFORM AND EXCERCISE MY RELIGION HAS BEEN VIOLATED.

Supporting Facts (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.):

ON 8/31/2023 THE CHAPLIN (MAY) CAME TO UNIT 31 AT BOB WILEYS DETENTION FACILITY IN VISALIA CA, 93291 AND I ASKED TO HAVE A SATANIC BIBLE, A RELIGIOUS PENTAGRAM IN WHICH I CAN PERFORM MY PRAYERS OF THE LEFT HAND PATH. HE TOLD ME "I WONT GIVE YOU ANYTHING AS IT IS AGAINST MY RELIGION" HE IS SUPPOSED TO DO HIS JOB AS UNPREDIJUICED/UNBIASED SO I ASKED SGT WEST IF I CAN GET MY RELIGIOUS STUFF THROUGH AN APPROVED VENDOR. HE SAID YES I DO NOT SEE A PROBLEM WITH

THAT. SO I HAD MY AUNT CASSIE ORDER THROUGH THE APPROVED VENDOR. I NEVER RECIEVED THEM. SO I MADE A SHRINE (FOR MY PENTAGRAM) AND AN ALTER AND I HAD MY AUNT MAIL ME A PRINT OUT OF A PART OF THE SATANIC BIBLE. AND ON 9/15/23 THEY CONDUCTED A CELL SEARCH FEATURING SGT WEST AND DEPUTY GARCIA THEY DESECRATED MY SHRINE THREW AWAY MY PRINT OUT OF MY BIBLE AND THE PENTAGRAM AND TOLD ME TO STOP THIS ~~SET~~ SATANIC SHIT AND FIND A REAL GOD. THE CHAPLIN THEN GAVE ME A WICCAN BIBLE STATING "THIS IS IT DONT CONTACT ME NO MORE" EVEN WENT SO FAR AS TO CALL ME ~~CRAZY~~ A CRAZY INMATE TO SGT WEST. A DENIAL OF A SATANIC BIBLE BURDENS MY ABILITY TO PRACTICE MY LUCIFARIAN RELIGION AS MY PRAYERS AND CHANTS ARE IN THERE. I DEMAND MY RIGHT TO PRACTICE

**Claim 2:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.): MY RELIGION LIKE EVERYONE ELSE.

Supporting Facts (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 2.):

**V. Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I WOULD LIKE A DECLATORY AND INJUNCTION RELIEF OF $500,000

I declare under penalty of perjury that the foregoing is true and correct.

Date: 1/23/25   Signature of Plaintiff: Anthony B.

CDCR# BX13560

(Revised 4/4/14)