UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LAWRENCE BARRA,<br><br>  Plaintiff,<br><br>  v.<br><br>BOUDREAUX, et al.,<br><br>  Defendants. | Case No.: 1:24-cv-0966 JLT BAM<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION FOR FAILURE TO STATE A CLAIM, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 10) |

Anthony Lawrence Barra seeks to hold the defendants liable for violations of his civil rights while a pretrial detainee housed at the Bob Wiley Detention Facility in Visalia, California. (*See generally* Doc. 8.) The magistrate judge screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A(a) and found he failed to state a cognizable claim. (Doc. 10 at 3-6.) Because Plaintiff failed to cure the pleading deficiencies after the Court provided the applicable legal standards, the magistrate judge found further leave to amend was not warranted. (*Id.* at 6.) Therefore, the magistrate judge recommended the Court dismiss the action. (*Id.*)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 10 at 6.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.* at 7, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

1

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated February 27, 2025 (Doc. 10) are **ADOPTED** in full.
2. The action is **DISMISSED** for failure to state a claim.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 30, 2025**

UNITED STATES DISTRICT JUDGE

2